**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jose Guillermo Mendez v. The State of Texas

Appellate case number:   01-19-00581-CR

Trial court case number:  1627628

Trial court:          263rd District Court of Harris County

The appellant, Jose Guillermo Mendez, has filed a motion to substitute counsel that complies with Rule 6.5(d). *See* TEX. R. APP. P. 6.5(d). Accordingly, the appellant's motion to substitute is GRANTED. The Clerk of this Court is DIRECTED to remove Emily Munoz-Detoto as attorney for the appellant and to add Roberto M. Hinojosa as lead counsel for the appellant.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Date:    October 8, 2019